IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FREE ENTERPRISE FUND and BECKSTEAD AND WATTS, LLP,<br><br>                    Plaintiffs,<br>      v.<br><br>THE PUBLIC COMPANY ACCOUNTING OVERSIGHT BOARD *et al.*<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)   Case No. _____<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE REQUIRED BY LCVR 7.1 OF THE RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Free Enterprise Fund and Beckstead and Watts, LLP, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Free Enterprise Fund or of Beckstead and Watts, LLP, that have outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

　　　　　　　　　　　　　　　　　　　　/s/ _____
　　　　　　　　　　　　　　　　　　　　Michael A. Carvin
　　　　　　　　　　　　　　　　　　　　D.C. Bar No. 366784
　　　　　　　　　　　　　　　　　　　　JONES DAY
　　　　　　　　　　　　　　　　　　　　51 Louisiana Avenue, N.W.
　　　　　　　　　　　　　　　　　　　　Washington, D.C.  20001-2113
　　　　　　　　　　　　　　　　　　　　(202) 879-3939
　　　　　　　　　　　　　　　　　　　　(202) 626-1700 (fax)

　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs Free Enterprise Fund*
　　　　　　　　　　　　　　　　　　　　*and Beckstead and Watts, LLP*