AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Free Enterprise Fund et al.

       Plaintiff(s)     )   **APPEARANCE**

vs.     )   CASE NUMBER  1:06-cv-00217-JR

Public Company Accounting Oversight Board et al.

       Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Christian G. Vergonis__ as counsel in this
                              (Attorney's Name)

case for:  __Plaintiffs Free Enterprise Fund and Beckstead and Watts LLP__
                          (Name of party or parties)

February 8, 2006
Date

*/s/ Christian G. Vergonis*
Signature

Christian G. Vergonis
Print Name

483293
BAR IDENTIFICATION

51 Louisiana Avenue, N.W.
Address

Washington, DC 20001
City   State   Zip Code

(202) 879-3939
Phone Number