AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Free Enterprise Fund and Beckstead and
Watts, LLP

**SUMMONS IN A CIVIL CASE**

V.

The Public Company Accounting Oversight Board and Bill
Gradison, Kayla J. Gillan, Daniel L. Goelzer, and Charles
Niemeier, in their official capacities as Members of the
Public Company Accounting Oversight Board

CASE NUMBER  1:06CV00217

JUDGE: James Robertson

DECK TYPE: Civil Rights (non-employme

DATE STAMP: 02/07/2006

TO: (Name and address of Defendant)

Bill Gradison
Public Company Accounting Oversight Board
1666 K Street, N.W.
Washington, DC 20006

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael A. Carvin
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    FEB - 7 2006
CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE Feb. 9, 2006 |
| NAME OF SERVER (PRINT) Christian G. Vergonis | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Via certified mail, return receipt requested, to defendant at 1666 K St. NW, Washington, DC 20006, per D.C. R. Civ. P. 4(c)(3)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2/10/06
              Date

Signature of Server

51 Louisiana Ave., NW, Washington DC 20001
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.