IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| FREE ENTERPRISE FUND, et al., ) | |
| ) | |
| Plaintiffs, ) | **APPEARANCE** |
| ) | |
| v. ) | Case No. 1:06CV00217 |
| ) | Judge Robertson |
| THE PUBLIC COMPANY ) | |
| ACCOUNTING OVERSIGHT ) | |
| BOARD, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

To the Clerk of this court and all parties of record:

Please enter the appearance of Heidi E. Murdy as counsel in this case for Defendants the Public Company Accounting Oversight Board, Bill Gradison, Kayla Gillan, Charles Niemeier and Daniel Goelzer.

                                                        Respectfully submitted,

                                                        Heidi E. Murdy
                                                        D.C. Bar No. 474680
                                                        Public Company Accounting
                                                        Oversight Board
                                                        1666 K Street, N.W.
                                                        Washington, D.C. 20006
                                                        (202) 207-9162

March 1, 2006

## CERTIFICATE OF SERVICE

The forgoing Appearance was served on Plaintiffs' counsel on March 1, 2006, via the Court's electronic case filing system and on March 2, 2006, via First Class Mail sent to:

Michael Carvin
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113

Kenneth W. Starr
24569 Via De Casa
Malibu, CA 90265

Viet Dinh
Bancroft Associates PLLC
601 13th Street, N.W.
Suite No. 930 South
Washington, DC 20005

Sam Kazman
Competitive Enterprise Institute
1001 Connecticut Avenue, N.W.
Suite 1250
Washington, DC 20036