## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

FREE ENTERPRISE FUND, et al.,            )
                                          )
          Plaintiffs,                     )
                                          )
          v.                              )        Case No. 1:06CV00217
                                          )        Judge Robertson
THE PUBLIC COMPANY                        )
ACCOUNTING OVERSIGHT                      )
BOARD, et al.,                            )
                                          )
          Defendants.                     )
                                          )

---

## CERTIFICATE REQUIRED BY LCvR 7.1 LOCAL RULES OF THE UNITED STATES
## DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned counsel of record for Defendants the Public Company Accounting

Oversight Board, Bill Gradison, Kayla Gillan, Charles Niemeier and Daniel Goelzer (collectively,

"Defendants"), certify that to the best of my knowledge and belief, the Public Company

Accounting Oversight Board, a nonprofit corporation, has no parent companies, subsidiaries or

affiliates which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need

for recusal.

Respectfully submitted,

Heidi E. Murdy
D.C. Bar No. 474680
Public Company Accounting
Oversight Board
1666 K Street, N.W.
Washington, D.C. 20006
(202) 207-9162

March 1, 2006

## CERTIFICATE OF SERVICE

The forgoing LCvR 7.1 Certificate was served on Plaintiffs' counsel on March 1, 2006,

via the Court's electronic case filing system and on March 2, 2006, via First Class Mail sent to:

Michael Carvin
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC  20001-2113

Kenneth W. Starr
24569 Via De Casa
Malibu, CA 90265

Viet Dinh
Bancroft Associates PLLC
601 13th Street, N.W.
Suite No. 930 South
Washington, DC 20005

Sam Kazman
Competitive Enterprise Institute
1001 Connecticut Avenue, N.W.
Suite 1250
Washington, DC 20036