IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| FREE ENTERPRISE FUND,<br>Suite 800<br>1850 M Street, N.W.<br>Washington, DC 20036<br><br>and<br><br>BECKSTEAD AND WATTS, LLP,<br>2425 W. Horizon Ridge Parkway<br>Henderson, NV 89052<br><br>      Plaintiffs,<br><br>      v.<br><br>THE PUBLIC COMPANY<br>ACCOUNTING OVERSIGHT<br>BOARD,<br>Suite 800<br>1666 K Street, N.W.<br>Washington, DC 20006<br><br>and<br><br>BILL GRADISON, KAYLA GILLAN,<br>DANIEL GOELZER, and CHARLES<br>NIEMEIER, in their official capacities as<br>Members of the Public Company<br>Accounting Oversight Board,<br>1666 K Street, N.W.<br>Washington, DC 20006<br><br>      Defendants. | Case No. 1:06CV00217<br>Judge Robertson |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendants the Public

Company Accounting Oversight Board, Bill Gradison, Kayla Gillan, Charles Niemeier

and Daniel Goelzer (collectively, "Defendants") by and through their counsel hereby request that the Court enlarge the period of time within which to respond to Plaintiffs' complaint by seven (7) days. **Counsel for Defendants has consulted with counsel for Plaintiffs, who has no objection to the relief requested herein.**

1. Defendants were served with a copy of the complaint in this matter on February 10, 2006.

2. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A), Defendants' answer would be due on March 2, 2006.

3. Pursuant to Section 101(f)(1) of the Sarbanes-Oxley Act of 2002, 15 U.S.C. 7211(f)(1), the Public Company Accounting Oversight Board cannot defend the claims asserted by Plaintiffs until the Securities and Exchange Commission approves such defense.

4. The Securities and Exchange Commission granted the Public Company Accounting Oversight Board approval to defend the claims asserted by Plaintiffs on or about February 24, 2006.

5. Defendants have not yet engaged outside counsel, but are working diligently to do so.

6. Defendants therefore request an enlargement of the period of time to respond to the complaint by seven (7) days – i.e., up to and including March 9, 2006.

7. The relief requested herein is for good cause and will not result in the undue delay of the administration of the case.

                                             Respectfully submitted,

                                             Heidi E. Murdy
                                             D.C. Bar No. 474680
                                             Public Company Accounting
                                             Oversight Board
                                             1666 K Street, N.W.
                                             Washington, D.C. 20006
                                             (202) 207-9162

March 1, 2006

## CERTIFICATE OF SERVICE

The forgoing Motion for Enlargement of Time was served on Plaintiffs' counsel on March 1, 2006, via the Court's electronic case filing system and on March 2, 2006, via First Class Mail sent to:

Michael Carvin
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113

Kenneth W. Starr
24569 Via De Casa
Malibu, CA 90265

Viet Dinh
Bancroft Associates PLLC
601 13th Street, N.W.
Suite No. 930 South
Washington, DC 20005

Sam Kazman
Competitive Enterprise Institute
1001 Connecticut Avenue, N.W.
Suite 1250
Washington, DC 20036