# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREE ENTERPRISE FUND, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE PUBLIC COMPANY )<br>ACCOUNTING OVERSIGHT )<br>BOARD, et al., )<br>)<br>Defendants. )<br>) | Case No. 1:06CV00217<br>Judge Robertson |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendants the Public Company Accounting Oversight Board, Bill Gradison, Kayla Gillan, Charles Niemeier and Daniel Goelzer (collectively, "Defendants") by and through their counsel hereby request that the Court enlarge the period of time within which to respond to Plaintiffs' complaint by an additional seven (7) days.  **Counsel for Defendants has consulted with counsel for Plaintiffs, who has no objection to the relief requested herein.**

1. On March 1, 2006, Defendants requested that the Court enlarge the period of time within which to respond to the complaint in this matter by seven (7) days, making the answer due on March 9, 2006 (Docket No. 11).

2. On March 2, 2006, the Court granted Defendants' request by Minute Order.

3. In their March 1, 2006 motion, Defendants explained that they had recently received approval of the Securities and Exchange Commission (the

"Commission") to defend the claims asserted by Plaintiffs, and were working on retaining outside counsel.

    4.    Defendants have not yet engaged outside counsel, but are working diligently to do so.

    5.    Defendants therefore request an enlargement of the period of time to respond to the complaint by an additional seven (7) days, i.e. up to and including March 16, 2006.

    6.    The relief requested herein is for good cause and will not result in the undue delay of the administration of the case.

Respectfully submitted,

_____/s/_____
Heidi E. Murdy
D.C. Bar No. 474680
Public Company Accounting
Oversight Board
1666 K Street, N.W.
Washington, D.C. 20006
(202) 207-9162

March 8, 2006

## **CERTIFICATE OF SERVICE**

The forgoing Motion for Enlargement of Time was served on Plaintiffs' counsel on March 8, 2006, via the Court's electronic case filing system.