UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREE ENTERPRISE FUND, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:06CV00217 |
| ) | Judge Robertson |
| THE PUBLIC COMPANY ) | |
| ACCOUNTING OVERSIGHT ) | |
| BOARD, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' CONSENT
MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendants the Public Company Accounting Oversight Board, Bill Gradison, Kayla Gillan, Charles Niemeier and Daniel Goelzer (collectively, "Defendants") by and through their counsel hereby request that the Court enlarge the period of time within which they must respond to Plaintiffs' complaint by an additional sixty (60) days. The additional time would also permit the United States to determine whether to intervene or otherwise participate in this matter; and, if the United States does intervene or otherwise participate, to make the appropriate filings. **Undersigned counsel for Defendants has consulted with counsel for Plaintiffs, who has consented to the relief requested herein.**

1.  On March 1, 2006, Defendants requested that the Court enlarge the period of time within which to respond to the complaint in this matter by seven (7) days, making

the response due on March 9, 2006 (Docket No. 11).  On March 2, 2006, the Court granted Defendants' request by Minute Order.

2. On March 8, 2006, Defendants again requested that the Court enlarge the period of time within which to respond to the complaint in this matter by seven (7) days, making the response due on March 16, 2006 (Docket No. 12).  On March 9, the Court granted Defendants' request by Minute Order.

3. In the motions, Defendants explained that they had recently received approval of the Securities and Exchange Commission (the "Commission") to defend the claims asserted by Plaintiffs, and were working on retaining outside counsel, but had not yet done so.  On March 13, 2006, Defendants retained the undersigned as outside counsel.  The further time is now necessary to permit new counsel to familiarize themselves with the matter and to prepare a response.

4. The United States is considering whether to intervene or otherwise participate in this case, in which plaintiffs urge that an Act of Congress is unconstitutional.  The United States has authorized us to represent that the additional time will facilitate that process and, if a decision to participate is made, the preparation of submissions on behalf of the United States.

5. The parties, in consultation with the United States, are attempting to arrive at a mutually agreeable schedule for the submission of potentially dispositive motions to this Court.  The parties anticipate filing any resulting scheduling request or requests with the Court within 10 days.

6.  Defendants therefore request an enlargement of the period of time to respond to the complaint by an additional sixty (60) days, *i.e.* up to and including May 15, 2006.

7.  The relief requested herein is for good cause and will not result in the undue delay of the administration of the case.

Respectfully submitted,

_____/s/_____
Stephen L. Braga
D.C. Bar No. 366727

Joseph R. Caldwell
D.C. Bar No. 965137

Jeffrey A. Lamken
D.C. Bar No. 440547

Baker Botts LLP
The Warner
1299 Pennsylvania Avenue
Washington, D.C. 20004-2400
(202) 639-7700

*Counsel for Defendants*

March 15, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FREE ENTERPRISE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:06CV00217 |
| THE PUBLIC COMPANY ACCOUNTING OVERSIGHT BOARD, *et al.*, | ) ) ) ) ) | |
| Defendants. | ) ) | |

ORDER

This matter comes before the Court on defendants' consent motion for enlargement of time. Upon consideration of defendants' motion, the plaintiffs' consent thereto, the entire record herein and the interests of justice, it is, by the Court, this __ day of March 2006:

ORDERED that defendants' motion is hereby granted; and it is further

ORDERED that defendants shall have up to and including May 15, 2006 within which to file their response(s) to the Complaint.

_____
UNITED STATES DISTRICT JUDGE

cc: All counsel of record

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused a true and accurate copy of the foregoing Defendants' Consent Motion for Enlargement of Time, together with the proposed order thereto, to be served on Plaintiffs' counsel on March 15, 2006, via the Court's electronic case filing system.

                                                     _____/s/_____
                                                      Stephen L. Braga