# United States District Court
# For the District of Columbia

Free Enterprise Fund, et al.

       Plaintiff(s)       )  
                                     )      **APPEARANCE**  
                                     )  
               vs.               )      CASE NUMBER   1:06CV00217  
The Public Company Accounting   )  
Oversight Board, et al.               )  
       Defendant(s)      )

To the Clerk of this court and all parties of record:

Please enter the appearance of   **Joseph R. Caldwell**   as counsel in this  
                                      (Attorney's Name)

case for:  The Public Company Accounting Oversight Board, Bill Gradison, Kayla Gillan, Daniel Goelzer, and Charles Niemeier  
                       (Name of party or parties)


March 21, 2006                          /s/  
Date                                        Signature

                                        Joseph R. Caldwell, Baker Botts LLP  
**D.C. Bar No. 965137**              Print Name  
BAR IDENTIFICATION  
                                        1299 Pennsylvania Ave. NW  
                                        Address  
                                        Washington, DC  20004-2400  
                                        City          State        Zip Code  
                                        (202) 639-7700  
                                        Phone Number