**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FREE ENTERPRISE FUND, *et al.*,      :
        Plaintiffs,      :
    v.      :   Civil Action No. 06-0217 (JR)
THE PUBLIC COMPANY ACCOUNTING
OVERSIGHT BOARD, *et al.*,      :
        Defendants.      :

**ORDER**

      Defendants' proposed scheduling order makes more sense from the standpoint of potential savings of litigation resources and is adopted as and for the scheduling order of the court. Oral argument on defendant's motion to dismiss is set for **June 29, 2006, at 3 p.m.**

                                      JAMES ROBERTSON
                            United States District Judge