UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREE ENTERPRISE FUND, *et al.*, <br><br>　　　　　　　　　　Plaintiffs, <br><br>　　-against- <br><br>THE PUBLIC COMPANY ACCOUNTING OVERSIGHT BOARD, *et al.*, <br><br>　　　　　　　　　　Defendants. | Civil Action No. 1:06-cv-00217-JR |

**FINAL ORDER OF DISMISSAL**

　　This matter came before the Court pursuant to Defendants' Motion to Dismiss for Lack of Jurisdiction and for Failure to State a Claim (the "Motion"). The parties having fully briefed the issues, and upon the Court's consideration of the arguments by the parties, it is hereby

**ORDERED** this ___ day of _____, 2006, that the Motion is **GRANTED** in its entirety.

　　It is further **ORDERED** that all claims arising out of the Plaintiffs' Complaint are dismissed with prejudice. The Court shall enter a corresponding judgment.

　　**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Judge James Robertson
　　　　　　　　　　　　　　　　　　　　　　　　　　U.S.D.C., District of Columbia

cc:　　All counsel of record