IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          )
FREE ENTERPRISE FUND *et al.*             )
                                          )
                    Plaintiffs,           )
                                          )
        v.                                )        Civil Action No. 1:06-cv-00217-JR
                                          )
THE PUBLIC COMPANY ACCOUNTING             )
OVERSIGHT BOARD *et al.*                   )
                                          )
                    Defendants.           )
_____)


**ORDER**

Upon consideration of Defendants' Motion to Dismiss the Complaint for Lack of

Jurisdiction and Failure to State a Claim, it is this _____ day of _____, 2006, hereby

ORDERED that the Motion is DENIED.



                              _____
                                    UNITED STATES DISTRICT JUDGE

Copies to: counsel via ECF