**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                                                    )
FREE ENTERPRISE FUND *et al.*                       )
                                                                    )
                    Plaintiffs,                                 )
                                                                    )
          v.                                                      )    Civil Action No. 1:06-cv-00217-JR
                                                                    )
THE PUBLIC COMPANY ACCOUNTING  )
OVERSIGHT BOARD *et al.*                              )
                                                                    )
                    Defendants.                              )
_____)

**ORDER**

      Upon consideration of Plaintiffs' Motion to Strike the United States' Statement of Interest, it is this _____ day of _____, 2006, hereby

      ORDERED that the Motion is GRANTED.


                                                                                        _____
                                                                                      UNITED STATES DISTRICT JUDGE

Copies to: counsel via ECF