# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREE ENTERPRISE FUND, *et al.*, | |
| Plaintiffs, | Civil Action No. 1:06-cv-00217-JR |
| -against- | |
| THE PUBLIC COMPANY ACCOUNTING OVERSIGHT BOARD, *et al.*, | |
| Defendants. | |

## DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO STRIKE THE UNITED STATES' STATEMENT OF INTEREST

On June 2, 2006, the United States submitted a statement of interest in support of dismissal. On June 6, 2006, plaintiffs filed a motion to strike on the ground that they lacked adequate time to respond.

The United States has an interest in this case, and its views would assist the Court in ruling on defendants' motion to dismiss. Any supposed prejudice to plaintiffs can be readily cured by permitting plaintiffs to file a response to the government's statement of interest. The United States has already stated that it has "no objection to plaintiffs being afforded a reasonable opportunity to respond." Statement of Interest at 1 n.1. Defendants, too, would have readily agreed to such an arrangement had plaintiffs proposed it.

Permitting a response, rather than striking the government's filing, remains the appropriate course of action. Plaintiffs should be required to respond no later than June 16, 2006, *i.e.*, one business day before defendants' reply is due on June 19. In a typical amicus briefing schedule, the moving party's reply is the last brief filed. *Cf., e.g.*, Fed. R. App. P. 29(e), 31(a). This ensures that the opposing party is not given an improper vehicle for sur-reply.

Because the government does not raise new issues, but rather offers its unique perspective on issues defendants have already raised, this proposed schedule will afford plaintiffs more than adequate time to respond without disturbing the present briefing schedule. Alternatively, if the court grants leave for plaintiffs to respond after June 16, defendants respectfully request that defendants be permitted to file their reply one day after the filing of plaintiffs' response.

DATED:  June 8, 2006                                        Respectfully submitted,


    /s/  Joe Caldwell
Joe Robert Caldwell, Jr.  (D.C. Bar No. 965137)
James R. Doty (D.C. Bar No. 416785)
Jeffrey A. Lamken  (D.C. Bar No. 440547)
Joshua A. Klein  (D.C. Bar No. 489078)
BAKER BOTTS, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2400
(202) 639-7700 (telephone)
(202) 639-7890 (facsimile)

Lewis H. Ferguson  (D.C. Bar No. 176312)
J. Gordon Seymour  (D.C. Bar No. 450051)
Heidi E. Murdy  (D.C. Bar No. 474680)
PUBLIC COMPANY ACCOUNTING
   OVERSIGHT BOARD
1666 K Street, N.W.
Washington, D.C. 20006

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 8, 2006, I caused a true and correct copy of the foregoing to be served by the court's electronic case filing system on all counsel subscribing thereto, and by overnight express mail upon the following:

| | |
|---|---|
| Michael A. Carvin<br>Noel J. Francisco<br>Christian G. Vergonis<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001 | Viet D. Dinh<br>Wendy Keefer<br>BANCROFT ASSOCIATES PLLC<br>601 13th St., N.W.<br>Suite No. 930 South<br>Washington, D.C. 20005 |
| Sam Kazman<br>Hans Bader<br>COMPETITIVE ENTERPRISE INSTITUTE<br>1001 Connecticut Avenue, N.W.<br>Suite 1250<br>Washington, D.C. 20036 | Kenneth W. Starr<br>24569 Via De Casa<br>Malibu, CA 90265 |

                                       /s/ Joshua Klein