UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREE ENTERPRISE FUND, *et al.*,<br><br>       Plaintiffs,<br><br>   -against-<br><br>THE PUBLIC COMPANY ACCOUNTING OVERSIGHT BOARD, *et al.*,<br><br>       Defendants. | Civil Action No. 1:06-cv-00217-JR |

**ORDER DENYING PLAINTIFFS' MOTION TO STRIKE**
**THE UNITED STATES' STATEMENT OF INTEREST**

   This matter came before the Court pursuant to plaintiffs' Motion to Strike the United States' Statement of Interest, filed June 6, 2006. It is hereby **ORDERED** this ___ day of _____, 2006, that the Motion is **DENIED**, but that plaintiffs may file a response to the United States' statement of interest, not to exceed 10 pages, no later than June 16, 2006.

  **SO ORDERED.**

                        _____
                        Judge James Robertson
                        U.S.D.C., District of Columbia

cc:  All counsel of record