IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREE ENTERPRISE FUND, *et al.*, <br><br> Plaintiffs, <br><br> -against- <br><br> THE PUBLIC COMPANY ACCOUNTING OVERSIGHT BOARD, *et al.*, <br><br> Defendants. | Civil Action No. 1:06-cv-00217-JR |

**DEFENDANTS' NOTICE OF AUTHORITIES**

On June 29, 2006, this Court heard argument on defendants' motion to dismiss for lack of jurisdiction and failure to state a claim. Defendants submit this Notice to provide citations to authorities referred to in argument that might not otherwise be easily identified:

1. *Am. Trucking Ass'ns v. EPA*, 175 F.3d 1027 (D.C. Cir.), *reh'g denied*, 195 F.3d 4 (D.C. Cir. 1999), *rev'd sub nom. Whitman v. Am. Trucking Ass'ns*, 531 U.S. 457 (2001).

2. *Deaver v. Seymour*, 822 F.2d 66 (D.C. Cir. 1987).

3. *Hastings v. Judicial Conference of U.S.*, 770 F.2d 1093 (D.C. Cir. 1985).

1

2

Dated: July 6, 2006                                            Respectfully submitted,

/s/  Joe Caldwell

| | |
|---|---|
| Lewis H. Ferguson  (D.C. Bar No. 176312) | Joe Robert Caldwell, Jr.  (D.C. Bar No. 965137) |
| J. Gordon Seymour  (D.C. Bar No. 450051) | James R. Doty  (D.C. Bar No. 416785) |
| Heidi E. Murdy  (D.C. Bar No. 474680) | Jeffrey A. Lamken  (D.C. Bar No. 440547) |
| PUBLIC COMPANY ACCOUNTING | Joshua A. Klein  (D.C. Bar No. 489078) |
|    OVERSIGHT BOARD | BAKER BOTTS, LLP |
| 1666 K Street, N.W. | 1299 Pennsylvania Avenue, N.W. |
| Washington, D.C. 20006 | Washington, D.C.  20004-2400 |
| (202) 207-9162 (telephone) | (202) 639-7700 (telephone) |
| (202) 862-8430 (facsimile) | (202) 639-7890 (facsimile) |

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 6, 2006, I caused a true and correct copy of the foregoing to be served by the court's electronic case filing system on all parties subscribing thereto, and by overnight express mail upon the following:

| | |
|---|---|
| Michael A. Carvin<br>Noel J. Francisco<br>Christian G. Vergonis<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001 | Viet D. Dinh<br>Wendy Keefer<br>BANCROFT ASSOCIATES PLLC<br>601 13th St., N.W.<br>Suite No. 930 South<br>Washington, D.C. 20005 |
| Sam Kazman<br>Hans Bader<br>COMPETITIVE ENTERPRISE INSTITUTE<br>1001 Connecticut Avenue, N.W.<br>Suite 1250<br>Washington, D.C. 20036 | Kenneth W. Starr<br>24569 Via De Casa<br>Malibu, CA 90265 |
| Robert J. Katerberg<br>U.S. DEPARTMENT OF JUSTICE<br>20 Massachusetts Avenue, NW<br>Washington, D.C. 20001 | |

                                                /s/ Joshua Klein