AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Free Enterprise Fund, et al.

|   |   |
|---|---|
| Plaintiff(s) | ) |
|   | ) |
|   | ) |
| vs. | ) |
| The Public Company Accounting | ) |
| Oversight Board, et al. | ) |
| Defendant(s) | ) |

**APPEARANCE**

CASE NUMBER    1:06CV00217

To the Clerk of this court and all parties of record:

Please enter the appearance of    Jeffrey A. Lamken    as counsel in this
                                   (Attorney's Name)

case for:    The Public Company Accounting Oversight Board, Bill Gradison, Kayla Gillan, Daniel Goelzer, and Charles Niemeier
             (Name of party or parties)

July 17, 2006
Date

Signature
Jeffrey A. Lamken, Baker Botts LLP
Print Name

D.C. Bar No. 440547
BAR IDENTIFICATION

1299 Pennsylvania Ave. NW
Address

Washington, DC 20004-2400
City            State            Zip Code

(202) 639-7700
Phone Number