IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FREE ENTERPRISE FUND, et al.  )<br>)<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>THE PUBLIC COMPANY ACCOUNTING )<br>OVERSIGHT BOARD, et al.,  )<br>)<br>Defendants.  )<br>) | Civil Action No. 1:06CV00217<br><br>Judge Robertson |

**JOINT MOTION FOR ENLARGEMENT OF TIME
AND TO AMEND BRIEFING SCHEDULE**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Plaintiffs and Defendants jointly move for an enlargement of time during which to respond to Plaintiffs' now-pending motion for summary judgment and to file cross-motions and associated responses and replies. In connection with this motion, the parties jointly propose a revised briefing schedule. In support thereof, Plaintiffs and Defendants state as follows:

1. On February 7, 2006, Plaintiffs filed the Complaint in this case (Docket Entry #1). The case concerns the constitutionality of Title I of the Sarbanes-Oxley Act of 2002, Pub. L. No. 107-204, 116 Stat. 745, which established the Public Company Accounting Oversight Board (the "Board"). Plaintiffs allege that the establishment and assignment of duties to the Board (i) violate separation-of-powers principles; (ii) violate the Appointments Clause; and (iii) unconstitutionally delegate legislative powers. Plaintiffs seek declaratory and injunctive relief.

2. On April 5, 2006, Plaintiffs and Defendants filed a Joint Scheduling Report (Docket Entry #15), a copy of which is attached as Exhibit A. On April 12, 2006, the Court entered a Scheduling Order (Docket Entry #16) stating that "Defendants' proposed scheduling

order 15 is adopted as and for the scheduling order of the Court." Under that order, the parties were first to address preliminary matters (such as jurisdictional issues) on Defendants' motion to dismiss; the briefing of merits issues on cross-motions for summary judgment was deferred pending resolution of the motion to dismiss or further order of the Court.

       3.      On June 29, 2006, the Court heard oral argument on Defendants' motion to dismiss. Following argument, the Court stated that the parties could file for summary judgment at any time permitted by the Federal Rules of Civil Procedure, without waiting for the Court's ruling on the motion to dismiss.

       4.      On July 25, 2006, Plaintiffs filed a motion for summary judgment (Docket Entry #28). Counsel met by conference call on July 26, 2006, to discuss a new briefing schedule for summary judgment motions. Except for one point discussed below (*see* note 1, *infra*), the parties agree on the following proposed schedule:

| | |
|---|---|
| [July 25, 2006] | [Plaintiffs filed Motion for Summary Judgment] |
| September 1, 2006 | Defendants file Cross-Motion for Summary Judgment, and Opposition to Plaintiffs' Motion; |
| September 22, 2006 | Plaintiffs file Reply in Support of Motion for Summary Judgment and Opposition to Defendants' Motion; |
| October 11, 2006 | Defendants file Reply in Support of Cross-Motion for Summary Judgment (to the extent permitted[1]); |

---

[1] The parties disagree on whether Defendants should be entitled to file a reply in support of their cross-motion for summary judgment. Plaintiffs propose that Defendants should be afforded only one brief (a combined Opposition to Plaintiffs' Motion and Cross-Motion for Summary Judgment). Defendants propose that they should also be allowed to file a Reply Brief in support of their Cross-Motion for Summary Judgment, consistent with the briefing schedule the Court adopted on April 12. *See* Scheduling Order of April 12 (Docket Entry #16) (adopting Defendants' proposed scheduling order from Joint Scheduling Report (Docket Entry #15)). The parties have already submitted statements in support of their respective positions as attachments to the April 5 Joint Scheduling Report (which is itself attached as Exhibit A to this motion). *See* Plaintiffs' Statement in Support of their Proposed Scheduling Plan, at 3 n.2; Defendants' Statement in Support of their Proposed Scheduling Plan, at 3. Unless the Court directs otherwise, the parties will continue to rely on those statements for purposes of this motion.

[Date selected by the Court]   Argument on Motions.

The parties have each attached proposed orders reflecting their view of the issue discussed at note 1, *supra*.  WHEREUPON the parties jointly move that the Court issue a revised briefing schedule.

DATED:  July 31, 2006                                                     Respectfully submitted,

  /s/  Michael Carvin                                                         /s/  Joe Caldwell
Michael A. Carvin (D.C. Bar No. 366784)         Joe Robert Caldwell, Jr.  (D.C. Bar No. 965137)
Noel J. Francisco  (D.C. Bar No. 464752)         James R. Doty (D.C. Bar No. 416785)
Christian G. Vergonis  (D.C. Bar No. 483293)   Jeffrey A. Lamken  (D.C. Bar No. 440547)
JONES DAY                                                              Joshua A. Klein  (D.C. Bar No. 489078)
51 Louisiana Avenue, N.W.                                    BAKER BOTTS, LLP
Washington, D.C. 20001                                         1299 Pennsylvania Avenue, N.W.
(202)879-7643 (telephone)                                     Washington, D.C.  20004-2400
(202)626-1700 (facsimile)                                        (202) 639-7700 (telephone)
                                                                                     (202) 639-7890 (facsimile)

Kenneth W. Starr  (D.C. Bar No. 273425)
24569 Via De Casa                                                    Heidi E. Murdy  (D.C. Bar No. 474680)
Malibu, CA 90265                                                      PUBLIC COMPANY ACCOUNTING
                                                                                     OVERSIGHT BOARD
Viet D. Dinh  (D.C. Bar No. 456608)                      1666 K Street, N.W.
Wendy Keefer                                                            Washington, D.C. 20006
BANCROFT ASSOCIATES PLLC                             (202) 207-9162 (telephone)
601 13th St., N.W., Suite 930 South
Washington, D.C. 20005                                         *Counsel for Defendants*
(202) 234-0090 (telephone)

Sam Kazman  (D.C. Bar No. 946376)
Hans Bader  (D.C. Bar No. 466545)
COMPETITIVE ENTERPRISE INSTITUTE
1001 Connecticut Ave., N.W., Suite 1250
Washington, D.C. 20036
(202) 331-1010 (telephone)

*Counsel for Plaintiffs*

3

### Plaintiffs' Proposed Order

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FREE ENTERPRISE FUND, et al. ) | |
| ) | Civil Action No. 1:06CV00217 |
| Plaintiffs, ) | Judge Robertson |
| ) | |
| v. ) | |
| ) | |
| THE PUBLIC COMPANY ACCOUNTING ) | |
| OVERSIGHT BOARD, et al., ) | |
| ) | |
| Defendants. ) | |

### SUMMARY JUDGMENT BRIEFING ORDER

[July 25, 2006]          [Plaintiffs filed Motion for Summary Judgment]

September 1, 2006        Defendants file Cross-Motion for Summary Judgment, and Opposition to Plaintiffs' Motion;

September 22, 2006       Plaintiffs file Reply in Support of Motion for Summary Judgment and Opposition to Defendants' Motion;

[Date selected by the Court]   Argument on Motions.

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

**Defendants' Proposed Order**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

_____
                                         )
FREE ENTERPRISE FUND, et al.             )
                                         )      Civil Action No. 1:06CV00217
                                         )
            Plaintiffs,                  )      Judge Robertson
                                         )
        v.                               )
                                         )
THE PUBLIC COMPANY ACCOUNTING            )
OVERSIGHT BOARD, et al.,                 )
                                         )
            Defendants.                  )
_____)

## SUMMARY JUDGMENT BRIEFING ORDER

| | |
|---|---|
| [July 25, 2006] | [Plaintiffs filed Motion for Summary Judgment] |
| September 1, 2006 | Defendants file Cross-Motion for Summary Judgment, and Opposition to Plaintiffs' Motion; |
| September 22, 2006 | Plaintiffs file Reply in Support of Motion for Summary Judgment and Opposition to Defendants' Motion; |
| October 11, 2006 | Defendants file Reply in Support of Cross-Motion for Summary Judgment; |
| [Date selected by the Court] | Argument on Motions. |

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

       I hereby certify that on July 31, 2006, I caused a true and correct copy of the Joint Motion for Enlargement of Time and to Amend Briefing Schedule to be served by (1) electronic mail, and (2) First Class United States mail upon the following:

Michael A. Carvin
Noel J. Francisco
Christian G. Vergonis
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
macarvin@jonesday.com
njfrancisco@jonesday.com
cvergonis@jonesday.com

*Counsel for Plaintiffs*

Robert J. Katerberg
Marc A. Perez
Trial Attorneys
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
*Robert.Katerberg@usdoj.gov*

*Counsel for United States*

Joe R. Caldwell
Stephen L. Braga
Jeffrey A. Lamken
BAKER BOTTS, L.L.P.
The Warner Building
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
joe.caldwell@bakerbotts.com
stephen.braga@bakerbotts.com
jeffrey.lamken@bakerbotts.com

Heidi E. Murdy
PUBLIC COMPANY ACCOUNTING OVERSIGHT BOARD
1666 K Street, N.W.
Washington, D.C. 20006
MurdyH@pcaobus.org

*Counsel for Defendants*

       Name:   /s/ Joshua Klein