IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREE ENTERPRISE FUND *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:06CV00217-JR |
| ) | |
| THE PUBLIC COMPANY ACCOUNTING ) | |
| OVERSIGHT BOARD *et al.*, ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER**

Upon consideration of Motion of the Washington Legal Foundation for Leave to File Memorandum as Amicus Curiae in Support of Plaintiffs' Motion for Summary Judgment, it is this ____ day of _____, 2006, hereby

ORDERED that the motion is GRANTED.

_____
UNITED STATES DISTRICT JUDGE