UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FREE ENTERPRISE FUND, *et al.*,          :
                                         :
      Plaintiffs,                    :
                                         :
  v.                                     : Civil Action No. 06-0217 (JR)
                                         :
THE PUBLIC COMPANY ACCOUNTING
OVERSIGHT BOARD, *et al.*,               :
                                         :
      Defendants.                    :

### ORDER

It is by the Court *sua sponte* **ORDERED** that the minute order entered August 1, 2006 is **vacated**. And it is **FURTHER ORDERED** that the joint motion for extension of time [32] is **granted**, that a reply to the cross-motion will be permitted, and that the deadlines proposed by the parties (including a date for the filing of a reply to the cross-motion) are **approved and so ordered.**


                                   JAMES ROBERTSON
                       United States District Judge