IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREE ENTERPRISE FUND, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civ. A. No. 06-217 (JR) |
| | ) |
| THE PUBLIC COMPANY ACCOUNTING | ) |
| OVERSIGHT BOARD, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**[PROPOSED] ORDER GRANTING MOTION TO INTERVENE
AND MOTION TO CONFORM BRIEFING SCHEDULE**

This matter came before the Court pursuant to the Unopposed Motion by the United

States to Intervene Pursuant to 28 U.S.C. § 2403, and the Unopposed Motion by Proposed

Intervenor United States to Conform Briefing Schedule for its Motion for Summary Judgment.

Upon consideration of the motions and the entire record in this case,

It is hereby ORDERED that the United States' motion to intervene is GRANTED.

It is further ORDERED that the moving parties attached to the United States' motion to

intervene, including the Motion of Proposed Intervenor United States for Summary Judgment,

the Memorandum of Proposed Intervenor United States in Opposition to Plaintiffs' Motion for

Summary Judgment and in Support of United States' Cross-Motion for Summary Judgment, the

supporting papers annexed thereto, and the Unopposed Motion of Proposed Intervenor United

States to Conform Briefing Schedule for its Motion for Summary Judgment, shall be deemed

filed with the Court.

It is further ORDERED that the United States' motion to conform the briefing schedule is

GRANTED.  Briefing on the United States' cross-motion for summary judgment shall proceed

according to the schedule outlined in the parties' joint motion for extension of time [32] granted

by the Court's order of August 25, 2006 [34].  Specifically, plaintiffs' opposition to the United

States' cross-motion for summary judgment and reply in support of plaintiffs' motion shall be

due on September 22, 2006.  Any reply of the United States in support of its cross-motion for

summary judgment shall be due on October 11, 2006.

       SO ORDERED, this _____ day of _____, 2006.


_____
JAMES ROBERTSON
United States District Judge