IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREE ENTERPRISE FUND, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE PUBLIC COMPANY ACCOUNTING OVERSIGHT BOARD, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>) Civ. A. No. 06-217 (JR)<br>)<br>)<br>)<br>)<br>)<br>) |

### [PROPOSED] ORDER ON SUMMARY JUDGMENT MOTION

This matter came before the Court on the motion of intervenor United States for summary judgment. Upon consideration of the motion, the opposition thereto, any reply, and the entire record in this case,

It is hereby ORDERED that the United States' motion for summary judgment is GRANTED.

It is further ORDERED that plaintiffs' motion for summary judgment is DENIED.

SO ORDERED, this ____ day of _____, 2006.

_____
JAMES ROBERTSON
United States District Judge