IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREE ENTERPRISE FUND, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. A. No. 06-217 (JR) |
| ) | |
| THE PUBLIC COMPANY ACCOUNTING ) | |
| OVERSIGHT BOARD, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**STATEMENT OF PROPOSED INTERVENOR UNITED STATES
PURSUANT TO LOCAL CIVIL RULES 7(H) AND 56.1**

Pursuant to Local Civil Rules 7(h) and 56.1 of the Rules of the United States District Court for the District of Columbia, proposed intervenor United States files this Statement in conjunction with its cross-motion for summary judgment. The United States' motion for summary judgment relies purely on arguments of law, and does not rely on any contentions of fact. As such, there is no genuine issue as to any material fact relevant to the United States' summary judgment motion.

Dated: September 1, 2006            Respectfully submitted,

                                    PETER D. KEISLER
                                    Assistant Attorney General

                                    KENNETH L. WAINSTEIN
                                    United States Attorney

                                    SUSAN K. RUDY
                                    Assistant Director
                                    Federal Programs Branch

   */s/* Robert J. Katerberg
ROBERT J. KATERBERG (D.C. Bar No. 466325)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 6112
Washington, D.C. 20001
Telephone:    (202) 616-8298
Facsimile:    (202) 616-8460
Robert.Katerberg@usdoj.gov

Attorneys for the United States