IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREE ENTERPRISE FUND, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civ. A. No. 06-217 (JR) |
| THE PUBLIC COMPANY ACCOUNTING OVERSIGHT BOARD, et al., | ) |
| Defendants. | ) |

**STATEMENT OF PROPOSED INTERVENOR UNITED STATES
IN RESPONSE TO PLAINTIFFS' STATEMENT OF
<u>MATERIAL FACTS NOT IN GENUINE DISPUTE</u>**

Pursuant to Local Civil Rules 7(h) and 56.1 of the Rules of the United States District Court for the District of Columbia, proposed intervenor United States files this Statement in Response to Plaintiffs' Statement of Material Facts Not in Genuine Dispute. The United States submits that plaintiffs' motion for summary judgment and the United States' cross-motion for summary judgment both turn on purely legal issues, such that there are no material facts as to which there exists a genuine issue necessary to be litigated. The United States further submits that Plaintiffs' Statement of Material Facts Not in Genuine Dispute is deficient for not including "references to the parts of the record relied on to support the statement." <u>See</u> Local Civil Rules 7(h) and 56.1. The United States should not be required to respond to such statements and dispute them with evidentiary citations because such a requirement would improperly shift the burden of proof to the non-movant. Subject to the foregoing objection, the United States responds to the specific paragraphs of plaintiffs' statement as follows:

1.      This paragraph states legal conclusions regarding the passage of a statute and

legislative intent. No response is required.

2. This paragraph states legal conclusions about Title I of the Sarbanes-Oxley Act and purports to paraphrase what various sections of the statute provide. No response is required. To the extent a response is required, this paragraph is disputed to the extent that the characterizations of what the statute provides are incomplete, for example by not mentioning the oversight role of the Securities and Exchange Commission ("SEC") over the various powers of the Public Company Accounting Oversight Board ("PCAOB") that are described. See generally Memorandum of Proposed Intervenor United States in Opposition to Plaintiffs' Motion for Summary Judgment and in Support of United States' Cross-Motion for Summary Judgment.

3. Not disputed.

4. Not disputed that, pursuant to the authority granted to it under the Act, and subject to the oversight of the SEC, the PCAOB has registered more than 1,500 accounting firms; proposed a series of rules, subject to the approval of the SEC, that include auditing standards with which registered firms must comply in their audits of public companies; conducted inspections and/or investigations of hundreds of firms, set its budget, subject to SEC approval; and established, with the approval of the SEC, a reasonable annual accounting support fee and rules providing for the equitable allocation, assessment, and collection thereof. In all other respects, this paragraph fails to include references to the parts of the record relied on to support the statement. Plaintiffs having not come forward with any evidentiary material in support of any part of this paragraph, intervenor United States should not be obligated to come forward with evidence to dispute it.

5. This paragraph fails to include references to the parts of the record relied on to

support the statement. Plaintiffs having not come forward with any evidentiary material in support of this paragraph, intervenor United States should not be obligated to come forward with evidence to dispute it.

6. This paragraph fails to include references to the parts of the record relied on to support the statement. Plaintiffs having not come forward with any evidentiary material in support of this paragraph, intervenor United States should not be obligated to come forward with evidence to dispute it.

7. This paragraph fails to include references to the parts of the record relied on to support the statement. Plaintiffs having not come forward with any evidentiary material in support of this paragraph, intervenor United States should not be obligated to come forward with evidence to dispute it.

8. This paragraph fails to include references to the parts of the record relied on to support the statement. Plaintiffs having not come forward with any evidentiary material in support of this paragraph, intervenor United States should not be obligated to come forward with evidence to dispute it.

Dated: September 1, 2006              Respectfully submitted,

                                      PETER D. KEISLER
                                      Assistant Attorney General

                                      KENNETH L. WAINSTEIN
                                      United States Attorney

                                      SUSAN K. RUDY
                                      Assistant Director
                                      Federal Programs Branch

/s/ Robert J. Katerberg
ROBERT J. KATERBERG (D.C. Bar No. 466325)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 6112
Washington, D.C. 20001
Telephone:    (202) 616-8298
Facsimile:    (202) 616-8460
Robert.Katerberg@usdoj.gov

Attorneys for the United States