IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREE ENTERPRISE FUND *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE PUBLIC COMPANY ACCOUNTING ) <br> OVERSIGHT BOARD, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. <br> 1:06-cv-00217-JR |

## DECLARATION OF NANCY M. MORRIS

I, Nancy M. Morris, hereby declare as follows:

1. I currently serve as the Secretary of the Securities and Exchange Commission.

2. In my capacity as Secretary, I am the official custodian of the records of Commission actions.

3. I have examined the Commission's records with respect to the appointment of members of the Public Company Accounting Oversight Board. Those records show the following:

   a. On October 25, 2002, the Commission voted to appoint William H. Webster as Chairman of the Board and Daniel L. Goelzer, Kayla J. Gillan, Willis D. Gradison, and Charles D. Niemeier to the Board. The Chairman of the Commission voted in favor of these appointments.

   b. On January 7, 2003, the Commission voted to appoint Charles D. Niemeier as Acting Chairman of the Board. The Chairman of the Commission voted in favor of this appointment.

   c. On May 21, 2003, the Commission voted to appoint William J. McDonough as Chairperson of the Board. The Chairman of the Commission voted in favor of this appointment.

   d. On October 22, 2003, the Commission voted to re-appoint Charles D. Niemeier to

        the Board. The Chairman of the Commission voted in favor of this appointment.

e.    On August 5, 2004, the Commission voted to re-appoint Willis D. Gradison to the Board. The Chairman of the Commission voted in favor of this appointment.

f.    On December 2, 2005, the Commission voted to appoint Willis D. Gradison as acting Chairman of the Board. The Chairman of the Commission voted in favor of this appointment.

g.    On June 19, 2006, the Commission voted to appoint Mark W. Olson to the Board and to re-appoint Kayla J. Gillan to the Board. The Chairman of the Commission voted in favor of these appointments.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 31, 2006.

*Nancy M. Morris* (signature)

Nancy M. Morris