UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREE ENTERPRISE FUND, *et al.*,<br><br>        Plaintiffs,<br><br>  -against-<br><br>THE PUBLIC COMPANY ACCOUNTING OVERSIGHT BOARD, *et al.*,<br><br>        Defendants. | Civil Action No. 1:06-cv-00217-JR |

**ORDER**

UPON CONSIDERATION OF Plaintiffs' Motion for Summary Judgment, and Defendants' Cross-Motion for Summary Judgment, and any argument thereon, it is hereby

**ORDERED** that Plaintiffs' Motion for Summary Judgment is **DENIED** in its entirety; and it is further

**ORDERED** that Defendants' Cross-Motion for Summary Judgment is **GRANTED** in its entirety; and it is further

**ORDERED** that a corresponding judgment shall be entered in favor of the defendants on all claims arising out of the plaintiffs' complaint.

**SO ORDERED.**

Dated: _____, 2006      _____
                               Hon. James Robertson
                               U.S.D.J., District of Columbia

copies to:

| | |
|---|---|
| Michael A. Carvin<br>Noel J. Francisco<br>Christian G. Vergonis<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001 | Joe Robert Caldwell, Jr.<br>James R. Doty<br>Jeffrey A. Lamken<br>Robert K. Kry<br>Joshua A. Klein<br>BAKER BOTTS, LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004-2400 |
| Viet D. Dinh<br>Wendy Keefer<br>BANCROFT ASSOCIATES PLLC<br>601 13th St., N.W.<br>Suite No. 930 South<br>Washington, D.C. 20005 | Lewis H. Ferguson<br>J. Gordon Seymour<br>Heidi E. Murdy<br>PUBLIC COMPANY ACCOUNTING<br>   OVERSIGHT BOARD<br>1666 K Street, N.W.<br>Washington, D.C. 20006 |
| Kenneth W. Starr<br>24569 Via De Casa<br>Malibu, CA 90265 | *Counsel for Defendants* |
| Sam Kazman<br>Hans Bader<br>COMPETITIVE ENTERPRISE INSTITUTE<br>1001 Connecticut Avenue, N.W.<br>Suite 1250<br>Washington, D.C. 20036 | Robert J. Katerberg<br>U.S. DEPARTMENT OF JUSTICE<br>20 Massachusetts Avenue, NW<br>Washington, D.C. 20001 |
| *Counsel for Plaintiffs* | *Counsel for United States of America* |