IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREE ENTERPRISE FUND *et al.*,<br><br>          Plaintiffs,<br><br>     v.<br><br>THE PUBLIC COMPANY ACCOUNTING<br>OVERSIGHT BOARD *et al.*,<br><br>          Defendants | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:06CV00217-JR<br>)<br>)<br>)<br>)<br>)<br>) |

UNOPPOSED MOTION OF AMICI CURIAE
THE COUNCIL OF INSTITUTIONAL INVESTORS,
THE AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS,
THE CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, CALIFORNIA STATE
TEACHERS' RETIREMENT SYSTEM, THE LOS ANGELES COUNTY EMPLOYEES RETIREMENT
ASSOCIATION, THE PUBLIC EMPLOYEES' RETIREMENT ASSOCIATION OF COLORADO, THE
SACRAMENTO COUNTY EMPLOYEES' RETIREMENT SYSTEM, AND THE TEACHERS INSURANCE
AND ANNUITY ASSOCIATION-COLLEGE RETIREMENT EQUITIES FUND
TO FILE MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANTS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND
CROSS-MOTION FOR SUMMARY JUDGMENT

*Of Counsel*

Ira M. Millstein
Harvey J. Goldschmid
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
[Tel.] 202-310-8000
[Fax] 202-310-8007

Gregory S. Coleman
Christian J. Ward
WEIL, GOTSHAL & MANGES LLP
8911 Capital of Texas Highway, Suite 1350
Austin, Texas  78759
[Tel.] 512-349-1930
[Fax] 512-527-0798

M. Jarrad Wright
D.C. Bar No. 493727
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, NW, Suite 900
Washington, D.C. 20005
[Tel.] 202-682-7000
[Fax] 202-857-0940

Jeffrey P. Mahoney
D.C. Bar No. 420965
General Counsel
COUNCIL OF INSTITUTIONAL INVESTORS
888 17th Street, NW, Suite 500
Washington, D.C.  20006
[Tel.] 202-261-7081
[Fax] 202-822-0801

ATTORNEYS FOR THE COUNCIL OF INSTITUTIONAL INVESTORS
(ADDITIONAL COUNSEL LISTED ON NEXT PAGE)

LIST OF ADDITIONAL COUNSEL

Damon A. Silvers
D.C. Bar No. 469722
Associate General Counsel
AMERICAN FEDERATION OF LABOR AND
 CONGRESS OF INDUSTRIAL ORGANIZATIONS
815 16th Street, NW
Washington, D.C. 20006
[Tel.] 202-637-3953
[Fax] 202-639-6219

ATTORNEY FOR THE AMERICAN FEDERATION OF
 LABOR AND CONGRESS OF INDUSTRIAL
 ORGANIZATIONS

David L. Muir
Chief Counsel
THE LOS ANGELES COUNTY EMPLOYEES
 RETIREMENT ASSOCIATION
300 North Lake Avenue, Suite 620
Pasadena, California 91101
[Tel.] 626-564-2340
[Fax] 626-564-2336

ATTORNEY FOR THE LOS ANGELES COUNTY
 EMPLOYEES RETIREMENT ASSOCIATION

Peter Mixon
General Counsel
CALIFORNIA PUBLIC EMPLOYEES'
 RETIREMENT SYSTEM
400 Q Street
Sacramento, California 95814
[Tel.] 916-795-3829
[Fax] 916-795-3410

ATTORNEY FOR THE CALIFORNIA PUBLIC
 EMPLOYEES' RETIREMENT SYSTEM

Gregory W. Smith
General Counsel
THE PUBLIC EMPLOYEES' RETIREMENT
 ASSOCIATION OF COLORADO
1300 Logan Street
Denver, Colorado 80203
[Tel.] 303-837-6222
[Fax] 303-863-3815

ATTORNEY FOR THE PUBLIC EMPLOYEES'
 RETIREMENT ASSOCIATION OF COLORADO

Christopher W. Waddell
General Counsel
THE CALIFORNIA STATE TEACHERS'
 RETIREMENT SYSTEM
7667 Folsom Boulevard
Sacramento, California 95829
[Tel.] 916-229-3766

ATTORNEY FOR THE CALIFORNIA STATE TEACHERS'
 RETIREMENT SYSTEM

James G. Line
General Counsel
THE SACRAMENTO COUNTY EMPLOYEES'
 RETIREMENT SYSTEM
980 9th Street
Sacramento, California 95812
[Tel.] 916-874-5706
[Fax] 916-874-6060

ATTORNEY FOR THE SACRAMENTO COUNTY
 EMPLOYEES' RETIREMENT SYSTEM

The Council of Institutional Investors, the American Federation of Labor and Congress of Industrial Organizations, the California Public Employees' Retirement System (CalPERS), the California State Teachers' Retirement System (CalSTRS), the Los Angeles County Employees Retirement Association (LACERA), the Public Employees' Retirement Association of Colorado (Colorado PERA), the Sacramento County Employees' Retirement System (SCERS), and the Teachers Insurance and Annuity Association-College Retirement Equities Fund (TIAA-CREF) move the Court for leave to file the accompanying Amici Curiae Memorandum of Points and Authorities in Support of Defendants' Opposition to Motion for Summary Judgment and Cross-Motion for Summary Judgment. A copy of the proposed memorandum is attached.

Pursuant to Local Civil Rule 7(m), counsel for amici has discussed this motion with counsel for plaintiffs and defendants, who have confirmed that neither plaintiffs nor defendants will oppose this motion.

The Council of Institutional Investors is an organization of large public, labor, and corporate pension funds. The Council's membership includes more than 130 pension funds, with assets exceeding $3 trillion and more than 130 nonvoting members from a broad range of industries. The Council's member funds have fiduciary obligations to the millions of Americans whose retirement savings are invested through them. Accordingly, the Council seeks to address investment issues that affect the size or security of plan assets. The additional amici curiae joining the memorandum include pension fund members of the Council and an institutional investor that is a nonvoting member of the Council.

The AFL-CIO is a labor federation comprised of 53 member unions representing approximately 9 million workers. Union-sponsored pension funds have approximately $400 billion in assets, and union members participate in benefit plans with over $5 trillion in assets.

The vast majority of these assets are invested in securities traded in the public markets. Through its Capital Stewardship Program, the AFL-CIO advocates for workers' interests as investors and was actively involved in the legislative process that led to the adoption of the Sarbanes-Oxley Act.

CalPERS is the largest public-employee retirement system in the United States, with over 1.4 million beneficiaries, and assets exceeding $200 billion.

CalSTRS is the second largest public pension plan and the largest teachers' retirement fund in the United States. CalSTRS had a total membership of approximately 775,917 and assets of $142.75 billion as of June 2006.

LACERA is a $35 billion California public pension fund providing retirement, death, and disability benefits to eligible Los Angeles County employees and beneficiaries. LACERA distributed approximately $1.7 billion in benefit payments during the last fiscal year.

Colorado PERA manages a defined benefit retirement program for over 380,000 current and former public servants of Colorado with assets in excess of $36 billion. Colorado PERA actively manages more than 60 percent of these assets internally, without the services of outside money managers, and thus is directly dependent on transparency in the public securities markets and the accuracy of corporate financial disclosure.

SCERS is responsible for investing $5.4 billion in pension plan assets on behalf of over 15,800 active and deferred members of Sacramento County and pays benefits to over 7,000 retirees and beneficiaries.

The Teachers Insurance and Annuity Association-College Retirement Equities Fund (TIAA-CREF) is a national financial services organization with over $380 billion of combined assets under management. As a leader in corporate governance, TIAA-CREF is an advocate for

transparent financial markets and the accuracy and integrity of financial statements of the public companies that it invests in.

As major shareowners, the Council's members have a keen interest in the health and integrity of the American securities market.[1]  The Council and its fellow amici seek to file their memorandum in support of the Public Company Accounting Oversight Board (PCAOB or the Board), as established by the Sarbanes-Oxley Act of 2002, because of that organization's vital role in restoring and maintaining the confidence of the investing public in financial reporting.

Plaintiffs' motion asks the Court to invalidate as unconstitutional the legislative provisions by which Congress created and empowered the PCAOB and defendants cross-move for summary judgment in favor of the Board.  Plaintiffs' memorandum in support of that motion and the memorandum by plaintiffs' amicus the Washington Legal Foundation include assertions and argument regarding the Board's creation and powers.  As explained in the Board's response to plaintiffs' motion and cross-motion, the PCAOB sits firmly and comfortably within the long-established constitutional framework of the modern administrative state.  By their memorandum, amici curiae seek to provide further information to the Court—in particular, from the perspective of the investing public—regarding the history that led to the creation of the PCAOB, the reality of the Board's operation under the oversight of the Securities and Exchange Commission, and the importance of the PCAOB as structured by Congress to reinstating and preserving investor confidence in the American securities market.

"[A]n amicus brief should normally be allowed . . . when the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide."  *Cobell v. Norton*, 246 F.Supp.2d 59, 62 (D.D.C. 2003) (granting leave for

---

[1] *See, e.g.*, P&I Daily, August 31, 2006 ("Earnings from investment income accounted for 63% of state and local pension system revenue for the 22 years ended Dec. 31, 2004." (citing Keith Brainard, research director for the National Association of State Retirement Administrators)).

the filing of an amicus brief that would be helpful to the Court).  Amici here hope to aid the Court by the unique information and perspective they provide as representatives of the investing public.  Particularly as the parties do not oppose this filing, amici's motion for leave to file their memorandum of points and authorities should be granted.

Respectfully submitted,

M. Jarrad Wright
D.C. Bar No. 493727
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, NW, Suite 900
Washington, D.C. 20005
[Tel.] 202-682-7000
[Fax] 202-857-0940

Jeffrey P. Mahoney
D.C. Bar No.420965
General Counsel
COUNCIL OF INSTITUTIONAL INVESTORS
888 17th Street, NW, Suite 500
Washington, D.C. 20006
[Tel.] 202-261-7081
[Fax] 202-822-0801

*Of Counsel*

Ira M. Millstein
Harvey J. Goldschmid
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
[Tel.] 202-310-8000
[Fax] 202-310-8007

Gregory S. Coleman
Christian J. Ward
WEIL, GOTSHAL & MANGES LLP
8911 Capital of Texas Highway, Suite 1350
Austin, Texas 78759
[Tel.] 512-349-1930
[Fax] 512-527-0798

ATTORNEYS FOR THE COUNCIL OF INSTITUTIONAL INVESTORS

Damon A. Silvers
D.C. Bar No. 469722
Associate General Counsel
AMERICAN FEDERATION OF LABOR AND
   CONGRESS OF INDUSTRIAL ORGANIZATIONS
815 16th Street, NW
Washington, D.C.   20006
[Tel.] 202-637-3953
[Fax] 202-639-6219

ATTORNEY FOR THE AMERICAN FEDERATION OF
   LABOR AND CONGRESS OF INDUSTRIAL
   ORGANIZATIONS

Peter Mixon
General Counsel
CALIFORNIA PUBLIC EMPLOYEES'
   RETIREMENT SYSTEM
400 Q Street
Sacramento, California   95814
[Tel.] 916-795-3829
[Fax] 916-795-3410

ATTORNEY FOR THE CALIFORNIA PUBLIC
   EMPLOYEES' RETIREMENT SYSTEM

Christopher W. Waddell
General Counsel
THE CALIFORNIA STATE TEACHERS'
   RETIREMENT SYSTEM
7667 Folsom Boulevard
Sacramento, California   95829
[Tel.] 916-229-3766

ATTORNEY FOR THE CALIFORNIA STATE TEACHERS'
   RETIREMENT SYSTEM

David L. Muir
Chief Counsel
THE LOS ANGELES COUNTY EMPLOYEES
   RETIREMENT ASSOCIATION
300 North Lake Avenue, Suite 620
Pasadena, California   91101
[Tel.] 626-564-2340
[Fax] 626-564-2336

  ATTORNEY FOR THE LOS ANGELES COUNTY
   EMPLOYEES RETIREMENT ASSOCIATION

Gregory W. Smith
General Counsel
THE PUBLIC EMPLOYEES' RETIREMENT
 ASSOCIATION OF COLORADO
1300 Logan Street
Denver, Colorado 80203
[Tel.] 303-837-6222
[Fax] 303-863-3815

ATTORNEY FOR THE PUBLIC EMPLOYEES'
 RETIREMENT ASSOCIATION OF COLORADO

James G. Line
General Counsel
THE SACRAMENTO COUNTY EMPLOYEES'
 RETIREMENT SYSTEM
980 9th Street
Sacramento, California 95812
[Tel.] 916-874-5706
[Fax] 916-874-6060

ATTORNEY FOR THE SACRAMENTO COUNTY
 EMPLOYEES' RETIREMENT SYSTEM

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing motion was sent in by hand delivery on September 1, 2006, for filing with the Court and that it was served by First Class mail, Federal Express, and electronic transmission on all counsel of record:

Viet D. Dinh (D.C. Bar No. 456608)
Wendy Keefer
BANCROFT ASSOCIATES PLLC
601 13th Street, N.W.
Suite 930 South
Washington, D.C. 20005
(202) 264-0090
(202) 234-2806 (fax)

Sam Kazman (D.C. Bar No. 946376)
Hans Bader (D.C. Bar No. 466545)
COMPETITIVE ENTERPRISE INSTITUTE
1001 Connecticut Avenue, N.W.
Suite 1250
Washington, D.C. 20036
(202) 331-1010 (fax)

Joe Robert Caldwell, Jr.
Stephen L. Braga
Jeffrey Lamken
BAKER BOTTS LLP
The Warner Building
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 639-7700
(202) 585-1075 (fax)

Kathryn Comerford Todd
WILEY, REIN & FIELDING LLP
1776 K Street, NW
Washington, DC 20006
(202) 719-3583
(202) 719-7049

Robert J. Katerberg
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
(202) 616-8298
(202) 616-8460 (fax)

Michael A. Carvin (D.C. Bar No. 366784)
Noel J. Francisco (D.C. Bar No. 464752)
Christian G. Vergonis (D.C. Bar No. 483293)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
(202) 879-3939
(202) 626-1700 (fax)

Kenneth W. Starr (D.C. Bar No. 273425)
24569 Via De Casa
Malibu, California 90265
(310) 506-4621

Heidi E. Murdy
PUBLIC COMPANY ACCOUNTING
    OVERSIGHT BOARD
1666 K Street, N.W.
Washington, D.C. 20006
(202) 207-9162

_____
M. Jarrad Wright

7