IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREE ENTERPRISE FUND *et al.*,<br><br>               Plaintiffs,<br><br>v.<br><br>THE PUBLIC COMPANY ACCOUNTING OVERSIGHT BOARD *et al.*,<br><br>               Defendants | Case No. 1:06CV00217-JR |

## ORDER GRANTING MOTION OF AMICI CURIAE FOR LEAVE TO FILE MEMORANDUM OF POINTS AND AUTHORITIES

Upon the motion the Council of Institutional Investors, the American Federation of Labor and Congress of Industrial Organizations, the California Public Employees' Retirement System (CalPERS), the California State Teachers' Retirement System (CalSTRS), the Los Angeles County Employees Retirement Association (LACERA), the Public Employees' Retirement Association of Colorado (Colorado PERA), Sacramento County Employees' Retirement System, and the Teachers Insurance and Annuity Association-College Retirement Equities Fund (TIAA-CREF) for leave to file a memorandum of points and authorities as amici curiae in support of defendants' opposition to plaintiffs' motion for summary judgment and cross-motion for summary judgment.

**IT IS HEREBY ORDERED** that the motion is GRANTED.

DATED:    Washington, D.C.
                  September ____, 2006

                                                                         James Robertson
                                                                       United States District Judge