IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREE ENTERPRISE FUND, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civ. A. No. 06-217 (JR) |
| THE PUBLIC COMPANY ACCOUNTING OVERSIGHT BOARD, et al., | ) |
| Defendants. | ) |

**MOTION OF PROPOSED INTERVENOR
<u>UNITED STATES FOR SUMMARY JUDGMENT</u>**

Pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, proposed intervenor United hereby moves for summary judgment on plaintiffs' claims.[1] In support of this motion, the United States relies on the Memorandum of Proposed Intervenor United States in Opposition to Plaintiffs' Motion for Summary Judgment and in Support of United States' Cross-Motion for Summary Judgment, submitted herewith. A proposed order is also submitted herewith.

Dated: September 1, 2006    Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

---

[1] The United States stands by its position that the case should be dismissed, without reaching the constitutional issues, for the reasons argued in its Statement of Interest filed June 2, 2005 (dkt. no. 19) and in defendants' motion to dismiss (dkt. no. 17). This motion for summary judgment on the constitutional issues is filed because the Court has not ruled on the motion to dismiss and plaintiffs have now filed a motion for summary judgment. However, we continue to respectfully submit that the case should be dismissed on the jurisdictional and procedural grounds previously argued, without reaching the issues posed by the cross-motions for summary judgment.

SUSAN K. RUDY
Assistant Director
Federal Programs Branch


   /s/ Robert J. Katerberg
ROBERT J. KATERBERG (D.C. Bar No. 466325)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 6112
Washington, D.C. 20001
Telephone:     (202) 616-8298
Facsimile:     (202) 616-8460
Robert.Katerberg@usdoj.gov

Attorneys for the United States