IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREE ENTERPRISE FUND, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civ. A. No. 06-217 (JR) |
| THE PUBLIC COMPANY ACCOUNTING OVERSIGHT BOARD, et al., | ) |
| Defendants. | ) |

**UNOPPOSED MOTION OF PROPOSED INTERVENOR
UNITED STATES TO CONFORM BRIEFING
SCHEDULE FOR ITS MOTION FOR SUMMARY JUDGMENT**

Proposed intervenor United States hereby moves to conform the briefing schedule on its cross-motion for summary judgment to the briefing schedule the Court has already adopted for the briefing by the pre-existing parties on their motions dealing with the same substantive issues. Defendants and plaintiffs, through their respective counsel, have indicated to undersigned counsel that they will not oppose this motion. In support of this motion, the United States submits as follows:

1. On July 25, 2006, plaintiffs filed a motion for summary judgment (dkt. no. 28).

2. On July 31, 2006, the parties filed a Joint Motion for Enlargement of Time and to Amend Briefing Schedule (dkt. no. 32). By this motion, the parties sought a briefing schedule making defendants' opposition brief and cross-motion for summary judgment due on September 1, 2006, plaintiffs' reply in support of their motion for summary judgment and opposition to defendants' cross-motion due September 22, 2006, and defendants' reply in support of their cross-motion, if permitted, due on October 11, 2006.

3. On August 1, 2006, the Court entered a minute order granting the motion for enlargement of time. On August 25, 2006, the Court vacated the August 1, 2006 minute order, but issued a new order granting the joint motion for enlargement of time, permitting defendants to file a reply brief in support of their cross-motion for summary judgment, and adopting the schedule proposed by the parties (dkt. no. 34).

4. On September 1, 2006, the United States moved to intervene in this case pursuant to 28 U.S.C. § 2403(a). With its motion for intervention, the United States has lodged a cross-motion for summary judgment, as well as a memorandum in opposition to plaintiffs' motion for summary judgment and in support of the United States' cross-motion for summary judgment, that it requests be deemed filed if its motion to intervene is granted.

5. The United States respectfully submits that efficiency would be best served by synchronizing briefing on the United States' cross-motion for summary judgment with the schedule that is already in place for briefing of the same issues by plaintiffs and defendants. Thus, it is proposed that the Court order that plaintiffs' opposition to the United States' cross-motion for summary judgment (and reply in support of plaintiffs' motion), be due on September 22, 2006, and that the United States' reply in support of its cross-motion for summary judgment be due on October 11, 2006. As stated above, the parties do not oppose this motion.

6. A proposed order is submitted herewith.

Dated: September 1, 2006                      Respectfully submitted,

                                                                  PETER D. KEISLER
                                                                  Assistant Attorney General

                                                                  KENNETH L. WAINSTEIN

United States Attorney

SUSAN K. RUDY
Assistant Director
Federal Programs Branch


 /s/ Robert J. Katerberg
ROBERT J. KATERBERG (D.C. Bar No. 466325)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 6112
Washington, D.C. 20001
Telephone:    (202) 616-8298
Facsimile:    (202) 616-8460
Robert.Katerberg@usdoj.gov

Attorneys for the United States