UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMIA

)
FREE ENTERPRISE FUND, *et al.*,  )
)
          Plaintiffs,  )
)
v.  )   Civil No.: 1:06CV00217-JR
)
PUBLIC ACCOUNTING OVERSIGHT  )   The Honorable James Robertson
BOARD, *et al.*,  )
)
          Defendants.  )
)

**MOTION FOR EXTENSION OF TIME
TO FILE AN *AMICUS* BRIEF IN THE ABOVE-CAPTIONED MATTER**

Undersigned attorney, Roderick M. Hills ("Mr. Hills"), hereby moves, pursuant to Federal Rule of Civil Procedure 6(b)(2) ("F.R.Civ.P. 6(b)"), to extend the time until September 11, 2006 to file an *Amicus* brief in the above-captioned matter. In support of this motion, Mr. Hills states as follows:

1. Moving on behalf of himself and a group of interested individuals, including the Honorable Harvey Pitt, former Chairman of the Securities Exchange Commission ("SEC") and several other former Chairmen of the SEC, including Mr. Hills, moves the Court to extend the time in which to file an *amicus* brief in the above-captioned matter until Monday, September 11, 2006, pursuant to F.R.Civ.P. 6(b)(2).

2. Attached as Exhibit A is the *amicus* brief, which the movant believes will help the Court in determining the disposition of the above-captioned case.

3. The *amicus* brief, attached as Exhibit A, was first attempted to be filed on Friday, September 1, 2006. All parties in the above-captioned matter were served with true and accurate

RECEIVED
SEP 11 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

copies of the *amicus* brief via overnight mail on September 1, 2006. The parties in the above-caption matter have represented that they have no objection to the filing of an *amicus* brief.

4. Although first submitted to the Court on Friday, September 1, 2006, in a misunderstanding of the various bars of the District of Columbia, Mr. Hills, the sponsor of the *amicus* brief, though a member in good standing of the Bar of the District of Columbia since 1977, discovered that he was not a member of the Bar of the United States District Court for the District of Columbia.

5. A defendant may obtain an enlargement of time to file a pleading by showing "excusable neglect." *See* Fed.R.Civ.P. 6(b)(2). Excusable neglect extends to inadvertent delays in filing. *Pioneer Inv. Servs. Co. v. Brunswick Assocs., Ltd. Partnership,* 507 U.S. 380, 391-92, 113 S.Ct. 1489, 123 L.Ed.2d 74 (1993).

6. Mr. Hills has now been sworn in as a member of Bar of the United States District Court for the District of Columbia and respectfully requests that the *amicus* brief, first attempted to be filed on Friday, September 1, 2006 and served on all parties on that date, be accepted for filing.

7. Exhibit A, the *amicus* brief, is intended to aid the Court in its determination of the issues presented in the above-captioned matter.

8. Simultaneously with the filing of this motion, Mr. Hills is re-filing the *amicus* brief, first submitted on Friday, September 1, 2006, in the anticipation that the Court will grant this motion and so that brief is immediately available to the Court.

9. None of the parties will be prejudiced by extending the time for an *amicus* brief until Monday, September 11, 2006.

10. Therefore, Mr. Hills respectfully requests that the Court grant the motion to extend the time to file the attached *amicus* brief until Monday, September 11, 2006.

A proposed Order is also submitted.

Dated: September 11, 2006

Respectfully submitted,

HILLS, STERN & MORLEY, LLP

By: *[signature: Roderick M. Hills]*

Roderick M. Hills, Esq.
D.C. Bar No. 247031
901 15th Street, N.W.
Suite 400
Washington, D.C. 20005
(202) 828-1610
(202) 828-1622 (fax)
rmhills@hillsandstern.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of September, 2006, I caused a true and accurate copy of the forgoing to be served by first class, postage prepaid mail upon:

Lewis H. Ferguson, Esq.
J. Gordon Seymour, Esq.
Heidi E. Murdy, Esq.
PUBLIC COMPANY ACCOUNTING
OVERSIGHT BOARD
1666 K Street, N.W.
Washington, D.C. 20006

Robert J. Katerberg, Esq.
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Washington, D.C. 20001

Joe Robert Caldwell, Jr., Esq.
James R. Doty, Esq.
Jeffrey A. Lamken, Esq.
Robert K. Kry, Esq.
Joshua A. Klein, Esq.
BAKER BOTTS, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400

Michael A. Carvin, Esq.
Noel J. Francisco, Esq.
Christian G. Vergonis, Esq.
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001

Viet D. Dinh, Esq.
Wendy Keefer, Esq.
BANCROFT ASSOCIATES PLLC
601 13th St., N.W.
Suite No. 930 South
Washington, D.C. 20005

Sam Kazman, Esq.
Hans Bader, Esq.
COMPETITIVE ENTERPRISE INSTITUTE
1001 Connecticut Avenue, N.W.
Suite 1250
Washington, D.C. 20036

Kathryn Comerford Todd, Esq.
WILEY, REIN & FIELDING LLP
1776 K Street, NW
Washington, DC 20006

Kenneth W. Starr, Esq.
24569 Via De Casa
Malibu, CA 90265

_Megan E. Hills_
Megan E. Hills