UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMIA

|  |  |  |
|---|---|---|
| FREE ENTERPRISE FUND, *et al.*, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil No.: 1:06CV00217-JR |
| PUBLIC ACCOUNTING OVERSIGHT BOARD, *et al.*, | ) | The Honorable James Robertson |
| Defendants. | ) | |

**ORDER GRANTING THE MOTION TO EXTEND THE TIME TO FILE AN *AMICUS* BRIEF IN THE ABOVE-CAPTIONED MATTER TO MONDAY, SEPTEMBER 11, 2006**

This matter is before the Court upon the Motion of Roderick M. Hills to extend the time for filing an *amicus* brief in the above-captioned matter, pursuant to Federal Rule of Civil Procedure 6(b)(2), served on all parties on Monday, September 1, 2006 and first submitted to the Court on Monday, September 1, 2006, be extended to Monday, September 1, 2006.

It is hereby **ORDERED** that the Motion be and hereby is **GRANTED**, and it is

**FURTHER ORDERED** that the time for filing an *amicus* brief is extended to Monday, September 11, 2006, and the *amicus* brief first submitted to the Court on Monday, September 1, 2006 by Roderick M. Hills, Esq. and served on all parties on that same date, will be allowed to be filed on Monday, September 11, 2006 and accepted by the Court.

**DONE AND ORDERED** on this _____ day of _____, 2006.

_____
The Honorable James Robertson
United States District Judge

Copies to:

Roderick M. Hills, Esq.
Hills, Stern & Morley, LLP
901 15th Street, N.W.
Suite 400
Washington, D.C. 20005

Lewis H. Ferguson, Esq.
J. Gordon Seymour, Esq.
Heidi E. Murdy, Esq.
PUBLIC COMPANY ACCOUNTING OVERSIGHT BOARD
1666 K Street, N.W.
Washington, D.C. 20006

Joe Robert Caldwell, Jr., Esq.
James R. Doty, Esq.
Jeffrey A. Lamken, Esq.
Robert K. Kry, Esq.
Joshua A. Klein, Esq.
BAKER BOTTS, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400

Michael A. Carvin, Esq.
Noel J. Francisco, Esq.
Christian G. Vergonis, Esq.
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001

Viet D. Dinh, Esq.
Wendy Keefer, Esq.
BANCROFT ASSOCIATES PLLC
601 13th St., N.W.
Suite No. 930 South
Washington, D.C. 20005

Sam Kazman, Esq.
Hans Bader, Esq.
COMPETITIVE ENTERPRISE INSTITUTE
1001 Connecticut Avenue, N.W.
Suite 1250
Washington, D.C. 20036

Kenneth W. Starr, Esq.
24569 Via De Casa
Malibu, CA 90265

Robert J. Katerberg, Esq.
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Washington, D.C. 20001

Kathryn Comerford Todd, Esq.
WILEY, REIN & FIELDING LLP
1776 K Street, NW
Washington, DC 20006