IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FREE ENTERPRISE FUND *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:06CV00217-JR |
| ) | |
| THE PUBLIC COMPANY ACCOUNTING ) | |
| OVERSIGHT BOARD *et al.*, ) | |
| ) | |
| Defendants ) | |

**MOTION OF AMICI CURIAE
FORMER CHAIRMEN OF THE SECURITIES AND EXCHANGE COMMISSION
TO FILE MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS'
OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND IN FAVOR OF DEFENDANTS' CROSS-
MOTION FOR SUMMARY JUDGMENT**

Richard H. Pildes
40 Washington Sq. So.
New York, NY 10014
(212) 998-6377

Roderick M. Hills   (D.C. Bar # 247031)
Hills, Stern & Morley LLP
Hills Program on Governance, CSIS
901 15th St. NW
Washington, D.C.   20005
(202) 822-1611

*Amici curiae* move the Court for leave to file the accompanying Memorandum of Points and Authorities in Support of Defendants' Opposition to Motion for Summary Judgment and in Support of Defendants' Cross-Motion for Summary Judgment. A copy of the proposed memorandum is attached. Pursuant to Local Civil Rule 7(m), counsel for amici has discussed this motion with counsel for plaintiffs and defendants, who do not oppose this motion.

*Amici curiae* are seven former Chairmen of the Securities and Exchange Commission (SEC), who reflect four decades of SEC leadership under Presidents of both political parties: G. Bradford Cook (1973), Roderick M. Hills (1975-77), Harold M. Williams (1977-81), David S. Ruder (1987-89), Arthur Levitt, Jr. (1993-2001), Harvey L. Pitt (2001-03) and William Donaldson (2003-05). Collectively, they represent decades of experience in the administration of the federal securities laws, including oversight of the numerous self-regulatory and private-sector regulatory bodies that function under the SEC's authority. Five (Chairmen Hills, Williams, Ruder, Levitt and Pitt) testified during hearings that led to the adoption of the Sarbanes-Oxley Act (the Act) of 2002, and Congress cited their testimony frequently to support and explain the Act's response to the corporate abuses and financial reporting frauds that made the Act necessary. Two (Chairmen Pitt and Donaldson) were directly responsible for implementing the Act's requirements, including the creation and staffing of the Public Company Accounting Oversight Board (PCAOB or the Board).

These former SEC Chairmen have unique experience and expertise in administering the securities laws. Their knowledge of the overall regulatory regime for protecting U.S. capital markets, of the legal authority of the SEC over the various entities that play a role in that regulatory regime, including the Board, and of the defects in that prior system that led Congress to enact the Sarbanes-Oxley Act of 2002 and that justified Congress' decision to structure the

1

SEC-Board relationship in the way the Act does, may provide unique assistance to this Court in the present litigation. *See Cobell v. Norton,* 246 F.Supp.2d 59, 62 (D.D.C. 2003) (granting leave for the filing of an amicus brief that would be helpful to the Court). The parties do not oppose this filing. This motion and proposed memorandum are being filed on the same day as the corresponding filings of the defendants, in support of which this motion is being filed. For these reasons, amici's motion for leave to file their memorandum of points and authorities should be granted.

        Respectfully submitted,

        /s/ Roderick M. Hills
Roderick M. Hills   (D.C. Bar # 247031)
Hills, Stern & Morley LLP
Hills Program on Governance, CSIS
901 15th St. NW
Washington, D.C.   20005
(202) 822-1611

Richard H. Pildes
40 Washington Sq. So.
New York, NY 10014
(212) 998-6377

Sept. 1, 2006