**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| FREE ENTERPRISE FUND *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:06CV00217-JR |
| ) | |
| THE PUBLIC COMPANY ACCOUNTING ) | |
| OVERSIGHT BOARD *et al.*, ) | |
| ) | |
| Defendants ) | |

## [PROPOSED] ORDER

Upon the motion of the former Chairmen of the SEC for leave to file a memorandum of points and authorities as amici curiae in support of defendants' opposition to plaintiffs' motion for summary judgment and in support of defendants' cross-motion for summary judgment,

**IT IS HEREBY ORDERED** that the motion is GRANTED.

DATED:   Washington, D.C.
         September ____, 2006

                                            _____
                                            James Robertson
                                            United States District Judge