**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                          )
FREE ENTERPRISE FUND *et al.*,      )
                                                          )
                Plaintiffs,          )
                                                          )
     v.                                              )  Case No. 1:06CV00217-JR
                                                          )
THE PUBLIC COMPANY ACCOUNTING )
OVERSIGHT BOARD *et al.*,              )
                                                          )
                Defendants.      )
_____)

## DECLARATION OF JAMES TERRY

I, James Terry, hereby declare as follows based on personal knowledge:

1. I am the Executive Director of the Free Enterprise Fund ("FEF").

2. FEF is a membership organization whose purpose is to promote economic growth through, among other things, lower taxes and limits on government regulation of private business. FEF filed this lawsuit to advance that purpose.

3. Because FEF at times takes politically unpopular positions, FEF's general policy is not to disclose the identities of its members in order to protect those members from economic or governmental reprisal.

4. FEF's members include companies identified on the PCAOB's List of Issuers with No Outstanding Past-Due Share of the Accounting Support Fee and the PCAOB's list of Registered Public Accounting Firms.

5. Beckstead & Watts, LLP, is a member of FEF.

- 2 -

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 21, 2006     _____
                                         James Terry