**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| FREE ENTERPRISE FUND *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:06CV00217-JR |
| ) | |
| THE PUBLIC COMPANY ACCOUNTING ) | |
| OVERSIGHT BOARD *et al.*, ) | |
| ) | |
| Defendants. ) | |

**<u>ORDER</u>**

This matter came before the Court pursuant to Plaintiffs' Motion for Summary Judgment and Defendants' Cross-Motions for Summary Judgment. The parties having fully briefed the issues, and upon the Court's consideration of the arguments by the parties,

It is hereby ORDERED that Defendants' and the United States' Cross-Motions for Summary Judgment are DENIED.

It is further ORDERED that Plaintiffs' Motion for Summary Judgment is GRANTED.

It is further ORDERED and DECLARED that Title I of the Sarbanes-Oxley Act of 2002 ("Act"), and the Public Company Accounting Oversight Board ("PCAOB") created and empowered thereby, violate the separation of powers, the Appointments Clause of the United States Constitution and the non-delegation doctrine and are, therefore, unconstitutional.

It is further ORDERED that the PCAOB and its Members are enjoined from carrying out any of the powers granted to them under the Act.

- 2 -

The Court shall enter a corresponding judgment for Plaintiffs.

SO ORDERED, this ___ day of _____, 2006.

                                              _____
                                              JAMES ROBERTSON
                                              United States District Judge