IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREE ENTERPRISE FUND, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civ. A. No. 06-217 (JR) |
| | ) |
| THE PUBLIC COMPANY ACCOUNTING OVERSIGHT BOARD, et al., | ) |
| | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Intervenor. | ) |

**ERRATA TO REPLY MEMORANDUM OF INTERVENOR UNITED STATES IN
SUPPORT OF UNITED STATES' CROSS-MOTION FOR SUMMARY JUDGMENT**

Intervenor United States submits this Errata to correct an inadvertent error in the Reply

Memorandum of Intervenor United States in Support of United States' Cross-Motion for

Summary Judgment, filed October 11, 2006 (dkt. no. 48). The first sentence on page 4 of the

Reply Memorandum should read: "Plaintiffs also claim that the PCAOB members are Principal

Officers because they exercise 'broad authority' or 'decide important policy issues.'"


Dated: October 12, 2006                    Respectfully submitted,

                                           PETER D. KEISLER
                                           Assistant Attorney General

                                           JEFFREY A. TAYLOR
                                           United States Attorney

                                           SUSAN K. RUDY
                                           Assistant Director
                                           Federal Programs Branch

      /s/ Robert J. Katerberg
ROBERT J. KATERBERG
 (D.C. Bar No. 466325)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 6112
Washington, D.C. 20001
Telephone:    (202) 616-8298
Facsimile:    (202) 616-8460
Robert.Katerberg@usdoj.gov

Attorneys for the United States