IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREE ENTERPRISE FUND, *et al.*,<br><br>    Plaintiffs,<br><br>-against-<br><br>THE PUBLIC COMPANY ACCOUNTING OVERSIGHT BOARD, *et al.*,<br><br>    Defendants,<br><br>-and-<br><br>UNITED STATES OF AMERICA,<br><br>    Intervenor. | Civil Action No. 1:06-cv-00217-JR<br>Judge Robertson |

**CONSENT MOTION FOR CONTINUANCE OF MOTION HEARING**

Counsel for defendants, with the consent of counsel for plaintiffs and counsel for the intervenor, respectfully moves this Court to continue the November 17, 2006 motion hearing on the parties' pending motion and cross-motions for summary judgment.

1.   On November 8, this Court set the motion hearing for November 17 at 10:00 a.m.

2.   Jeffrey Lamken, who would argue the motion as counsel for defendants, is previously scheduled to be out of the region (in Colorado) that day. In addition, Mr. Lamken is scheduled to appear before the United States Court of Appeals for the Tenth Circuit on November 15 in Denver, and to be in Dallas on another matter on November 16. Joe Caldwell, who is also counsel for defendants, is likewise unavailable on November 17 because of a previously scheduled meeting in Boston.

3.   Counsel for defendants has conferred with the Courtroom Deputy Mr. Richburg,

1

and with counsel for plaintiffs and counsel for the intervenor United States to identify other mutually convenient dates for the hearing. Of the dates suggested by Mr. Richburg, counsel for all parties are available on December 21, 2006, and on January 3 through 5, 2007. Some parties have indicated a strong preference for December 21, to the extent that date is convenient for the Court. Accordingly, defendants respectfully request that the Court reset the hearing for one of the days set forth above, or for another date that is convenient for the Court.

Dated: November 10, 2006

Respectfully submitted,

/s/ Jeffrey A. Lamken

| | |
|---|---|
| Lewis H. Ferguson  (D.C. Bar No. 176312) | Joe Robert Caldwell, Jr.  (D.C. Bar No. 965137) |
| J. Gordon Seymour  (D.C. Bar No. 450051) | James R. Doty  (D.C. Bar No. 416785) |
| Heidi E. Murdy  (D.C. Bar No. 474680) | Jeffrey A. Lamken  (D.C. Bar No. 440547) |
| PUBLIC COMPANY ACCOUNTING | Robert K. Kry  (D.C. Bar No. 490545) |
|    OVERSIGHT BOARD | Joshua A. Klein  (D.C. Bar No. 489078) |
| 1666 K Street, N.W. | BAKER BOTTS, LLP |
| Washington, D.C. 20006 | 1299 Pennsylvania Avenue, N.W. |
| (202) 207-9162 (telephone) | Washington, D.C.  20004-2400 |
| (202) 862-8430 (facsimile) | (202) 639-7700 (telephone) |
| | (202) 639-7890 (facsimile) |

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2006, a true and correct copy of the foregoing was served by the court's electronic case filing system on all parties subscribing thereto, and by overnight express mail upon the following:

Michael A. Carvin
Noel J. Francisco
Christian G. Vergonis
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001

Viet D. Dinh
Wendy Keefer
BANCROFT ASSOCIATES PLLC
601 13th St., N.W.
Suite No. 930 South
Washington, D.C. 20005

Sam Kazman
Hans Bader
COMPETITIVE ENTERPRISE INSTITUTE
1001 Connecticut Avenue, N.W.
Suite 1250
Washington, D.C. 20036

Kenneth W. Starr
24569 Via De Casa
Malibu, CA 90265

Robert J. Katerberg
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001

Kathryn Comerford Todd
WILEY, REIN & FIELDING LLP
1776 K Street, N.W.
Washington, D.C. 20006

Miles Jarrad Wright
WEIL, GOTSHAL & MANGES, LLP
1300 I Street, N.W.
Suite 900
Washington, D.C. 20005

Roderick M. Hills
HILLS, STERN & MORLEY
901 15th Street, N.W.
Suite 400
Washington, D.C. 20005

                                         /s/ Joshua Klein