IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FREE ENTERPRISE FUND *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>THE PUBLIC COMPANY ACCOUNTING<br>OVERSIGHT BOARD *et al.*,<br><br>        Defendants. | Case No. 1:06CV00217-JR |

**NOTICE OF FIRM NAME CHANGE**

Daniel J. Popeo (DC Bar 934711)
Paul D. Kamenar (DC Bar 914200)
Washington Legal Foundation
2009 Massachusetts Avenue, NW
Washington, DC  20036
TEL: 202.588.0302
FAX: 202.588.0386

Kathryn Comerford Todd (DC Bar 477745)
   (*Counsel of Record*)
Thomas R. McCarthy (DC Bar 489651)
William S. Consovoy (DC Bar 493423)
Wiley Rein & Fielding LLP
1776 K Street, N.W.
Washington, DC  20006
TEL: 202.719.7000
FAX: 202.719.7049

February 1, 2007

**Attorneys for the Washington Legal Foundation**

Kathryn Comerford Todd, Thomas R. McCarthy, and William S. Consovoy, attorneys for the Washington Legal Foundation, hereby give notice to this Court and to the parties in this action that the name of our law firm has changed. Effective today, February 1, 2007, the name of our firm has changed from Wiley Rein & Fielding LLP to Wiley Rein LLP. Our firm's contact information is as follows:

> **Wiley Rein LLP**
> 1776 K Street, NW
> Washington, D.C. 20006
> Tel: (202) 719-7000
> Fax: (202) 719-7049

All individual firm email addresses also will change from \_\_\_\_@wrf.com to \_\_\_\_@wileyrein.com. Please note that our telephone numbers, fax number, and firm address will remain the same. Pursuant to instructions from the Clerk of the Court, we have given similar notice to the Office of Attorney Admissions.

Respectfully submitted,

WILEY REIN & FIELDING LLP

Dated: February 1, 2007

Daniel J. Popeo (DC Bar 934711)
Paul D. Kamenar (DC Bar 914200)
Washington Legal Foundation
2009 Massachusetts Avenue, NW
Washington, DC  20036
TEL: 202.588.0302
FAX: 202.588.0386

By: /s/ Kathryn Comerford Todd
Kathryn Comerford Todd (DC Bar 477745)
   (*Counsel of Record*)
Thomas R. McCarthy (DC Bar 489651)
William S. Consovoy (DC Bar 493423)
Wiley Rein & Fielding LLP
1776 K Street NW
Washington, DC  20006
TEL: 202.719.7000
FAX: 202.719.7049

*Attorneys for the Washington Legal Foundation*