# United States District Court
# For the District of Columbia

|                |   )   |              |
|----------------|-------|--------------|
| Plaintiff(s)   | )     | **APPEARANCE** |
|                | )     |              |
|                | )     |              |
| vs.            | )     | CASE NUMBER  |
|                | )     |              |
|                | )     |              |
| Defendant(s)   | )     |              |

To the Clerk of this court and all parties of record:

Please enter the appearance of  __Helgi C. Walker__  as counsel in this
                                (Attorney's Name)

case for: __the Washington Legal Foundation__
          (Name of party or parties)

__2/9/2007__  
Date

_[signature: Helgi C. Walker]_  
Signature

Helgi C. Walker  
Print Name

__454300__  
BAR IDENTIFICATION

1776 K Street, NW  
Address

Washington, DC  20006  
City        State        Zip Code

202-719-7349  
Phone Number