# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FREE ENTERPRISE FUND *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:06CV00217-JR |
| | ) | |
| THE PUBLIC COMPANY ACCOUNTING | ) | |
| OVERSIGHT BOARD *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Daniel J. Popeo (DC Bar 934711)
Paul D. Kamenar (DC Bar 914200)
Washington Legal Foundation
2009 Massachusetts Avenue, NW
Washington, DC  20036
TEL: 202.588.0302
FAX: 202.588.0386

Kathryn Comerford Todd (DC Bar 477745)
    (*Counsel of Record*)
Wiley Rein LLP
1776 K Street, N.W.
Washington, DC  20006
TEL: 202.719.7000
FAX: 202.719.7049

February 9, 2007

**Attorneys for the Washington Legal Foundation**

On August 22, 2006, Kathryn Comerford Todd entered an appearance in this case on behalf of the Washington Legal Foundation.  Ms. Todd now withdraws her appearance in this matter.  The Washington Legal Foundation will continue to be represented by Thomas R. McCarthy and William S. Consovoy.  In addition, the Washington Legal Foundation will be represented by Helgi C. Walker, who filed a Notice of Appearance in this case today.

Respectfully submitted,

Dated: February 9, 2007

WILEY REIN LLP

By: /s/ Paul D. Kamenar
Paul D. Kamenar (DC Bar 914200)
Daniel J. Popeo (DC Bar 934711)
Washington Legal Foundation
2009 Massachusetts Avenue, NW
Washington, DC  20036
TEL: 202.588.0302
FAX: 202.588.0386

By: /s/ Kathryn Comerford Todd
Kathryn Comerford Todd (DC Bar 477745)
Wiley Rein LLP
1776 K Street NW
Washington, DC  20006
TEL: 202.719.7000
FAX: 202.719.7049

*Attorneys for the Washington Legal Foundation*