**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

FREE ENTERPRISE FUND, *et al.*,        :
                                        :
      Plaintiffs,             :
                                        :
  v.                                    : Civil Action No. 06-0217 (JR)
                                        :
THE PUBLIC COMPANY ACCOUNTING
OVERSIGHT BOARD, *et al.*,              :
                                        :
      Defendants.             :

## ORDER

For the reasons set forth in the accompanying memorandum, defendants' motions for summary judgment [37 and 41] are **granted**.   It is **SO ORDERED**.


                                        JAMES ROBERTSON
                                   United States District Judge