AO450 (Rev. - DC 04/00) Judgment in a Civil Case

FILED

# UNITED STATES DISTRICT COURT

MAR 26 2007

DISTRICT OF COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FREE ENTERPRISE FUND, et al..,

JUDGMENT IN A CIVIL CASE

V.

THE PUBLIC COMPANY ACCOUNTING
OVERSIGHT BOARD, et al.,

Case Number: 06-0217 (JR)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☑ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That summary judgment is granted for the defendants The Public Company Accounting Oversight Board, Bill Gradison, Kayla J. Gillan, Daniel L. Goelzer, Charles Niemeier in their official capacities as Members of the Public Accounting Oversight Board, and this case is hereby dismissed.

Dated: March 26, 2007

NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk