IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FREE ENTERPRISE FUND *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE PUBLIC COMPANY ACCOUNTING ) <br> OVERSIGHT BOARD *et al.*, ) <br> ) <br> Defendants. ) | Case No. 1:06CV00217-JR |

**NOTICE OF APPEAL**

Notice is hereby given that plaintiffs Free Enterprise Fund and Beckstead & Watts, LLP, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the order granting defendants' motions for summary judgment entered in this action on the 21st day of March 2007 and from the final judgment entered in this action on the 26th day of March 2007.

Dated: April 13, 2007

|  |  |
|---|---|
|  | /s/ |
| Viet D. Dinh (D.C. Bar No. 456608) | Michael A. Carvin (D.C. Bar No. 366784) |
| BANCROFT ASSOCIATES PLLC | Noel J. Francisco (D.C. Bar No. 464752) |
| 601 13th St., N.W. | Christian G. Vergonis (D.C. Bar No. 483293) |
| Suite No. 930 South | JONES DAY |
| Washington, D.C. 20005 | 51 Louisiana Avenue, N.W. |
| (202) 234-0090 | Washington, D.C. 20001-2113 |
| (202) 234-2806 (fax) | (202) 879-3939 |
|  | (202) 626-1700 (fax) |
| Sam Kazman (D.C. Bar No. 946376) |  |
| Hans Bader (D.C. Bar No. 466545) | Kenneth W. Starr (D.C. Bar No. 273425) |
| Competitive Enterprise Institute | 24569 Via De Casa |
| 1001 Connecticut Avenue, N.W. | Malibu, CA 90265 |
| Suite 1250 | (310) 506-4621 |
| Washington, D.C. 20036 |  |
| (202) 331-1010 (fax) | *Attorneys for Plaintiffs* |